# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13-424 (JHS) |
| v. | : | DATE FILED: |
| WALTER MORGAN,<br>   a/k/a "Walter E. Morgan Gomez" | :<br>: | VIOLATION:<br>16 U.S.C. §§ 703, 707(a) (taking of<br>    migratory bird egg) |

## I N F O R M A T I O N

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about June 4, 2011, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**WALTER MORGAN,**
**a/k/a "Walter E. Morgan Gomez,"**

took, captured, and killed, the egg of a migratory bird, which was included in the terms of the conventions between the United States and Great Britain for the protection of migratory birds concluded August 16, 1916 (39 Stat. 1702), the United States and the United Mexican States for the protection of migratory birds and game mammals concluded February 7, 1936, the United States and the Government of Japan for the protection of migratory birds and birds in danger of extinction, and their environment concluded March 4, 1972 and the convention between the United States and the Union of Soviet Socialist Republics for the conservation of migratory birds

and their environments concluded November 19, 1976, to wit, the egg of a peregrine falcon.

In violation of Title 16, United States Code, Sections 703, 707(a) and Title 18, United States Code, Section 2.

_____
**ZANE DAVID MEMEGER**
**United States Attorney**